UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NATHASIA M. PAUL**                                          CIVIL ACTION

**VERSUS**                                                    NO. 21-2144

**JOHN S. WALSDORF, ET AL.**                                  SECTION "B"(4)

## ORDER

**IT IS HEREBY ORDERED** that the above-captioned case is **stayed and administratively closed** before this Court until **September 12, 2022,** pending the resolution of plaintiff's state court action entitled, *State of Louisiana v. Nathasia M. Paul*, case no. 21-2081 **and** upon a timely filing of a motion to reopen or good cause request for an extension. All scheduling order deadlines are terminated **subject to** a later resetting provided timely compliance is achieved as directed above.

New Orleans, Louisiana this 16th day of May, 2022

SENIOR UNITED STATES DISTRICT JUDGE